970 So.2d 528 (2007)
STATE ex rel. Terry BARNES
v.
STATE of Louisiana.
No. 2007-KH-0752.
Supreme Court of Louisiana.
December 14, 2007.
In re Barnes, Terry;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. A, Nos. 256,718, 257,062; to the Court of Appeal, Third Circuit, No. KH 07-00051.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.